Filed 11/18/11    Case 11-46760

FILED
November 18, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003910186

DOWNEY BRAND LLP
ARTHUR G. WOODWARD (Bar No. 142914)
TREVEN I. TILBURY (Bar No. 210052)
FRANK E. NOEY (Bar No. 249676)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
awoodward@downeybrand.com
ttilbury@downeybrand.com
fnoey@downeybrand.com

Attorneys for Defendants
REM CONSTRUCTION, INCORPORATED, FIDELITY
AND DEPOSIT COMPANY OF MARYLAND, and
COLONIAL CASUALTY AND SURETY COMPANY

SUPERIOR COURT OF CALIFORNIA

COUNTY OF LAKE

| | |
|---|---|
| SMB INDUSTRIES, INC., a California corporation dba METAL WORKS,<br><br>Plaintiff,<br><br>v.<br><br>REM CONSTRUCTION, INCORPORATED, a California corporation; et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. CV 406912<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE, AND MONETARY SANCTIONS**<br><br>Hearing Date: November 7, 2011<br>Time: 9:00 a.m.<br>Dept: 1<br>Judge: Hon. David W. Herrick<br><br>Action Filed: March 26, 2010<br>Trial Date: February 7, 2012 |

Defendant and cross-complainant REM Construction, Incorporated ("REM") asks the Court to take judicial notice of the following pleadings on file in this action pursuant to Evidence Code sections 452 and 453:

1. Opposition to Motion to Compel Compliance with Deposition Subpoena for Production of Business Records, filed October 25, 2011.

///

1196092.1

1

2. Declaration of Clare M. Gibson in Support of Opposition to Motion to Compel Compliance with Deposition Subpoena for Production of Business Records, filed October 25, 2011.

3. Reply in Support of Motion to Compel Compliance with Deposition Subpoena for Production of Business Records, filed October 31, 2011.

4. Declaration of Treven I. Tilbury in Support of Reply in Support of Motion to Compel Compliance with Deposition Subpoena for Production of Business Records, filed October 31, 2011.

DATED: October 31, 2011                DOWNEY BRAND LLP

By: _____
TREVEN I. TILBURY
Attorney for Defendant and Cross-Complainant
REM CONSTRUCTION, INCORPORATED,
FIDELITY AND DEPOSIT COMPANY OF
MARYLAND, and COLONIAL CASUALTY
AND SURETY COMPANY

1196092.1

2

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE, AND MONETARY SANCTIONS

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Downey Brand LLP, 621 Capitol Mall, 18th Floor, Sacramento, California, 95814-4731. On October 31, 2011, I served the within document(s):

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE, AND MONETARY SANCTIONS**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

☒ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service **[FED EX]** company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Clare M. Gibson, Esq.<br>JARVIS, FAY, DOPORTO & GIBSON, LLP<br>492 Ninth Street, Suite 310<br>Oakland, CA 94607<br>(510) 238-1400<br>FAX (510) 238-1404<br>E-Mail: cgibson@jarvisfay.com<br>E-Mail: bfay@jarvisfay.com<br>***Attorneys for Konocti Unified School District*** | Gregory P. Einhorn, Esq.<br>Virginia L. Gingery, Esq.<br>LAW OFFICES GREGORY P. EINHORN<br>854 Manzanita Court, Suite 110<br>Chico, CA 95926<br>(530) 898-0228<br>FAX (530) 898-0877<br>E-Mail: gina@einhornlawoffice.com<br>***Attorneys for SMB Industries, Inc. dba Metal Works*** |
| Jane Curran Pandell, Esq.<br>Donald K. Bussiere, Esq.<br>PANDELL LAW FIRM, INC.<br>1990 N. California Blvd., Suite 1010<br>Walnut Creek, CA 94596<br>(925) 974-1700<br>FAX (925) 974-1709<br>***Attorneys for Quattrocchi Kwok Architects, Steven Peter Kwok and James Carlton Theiss*** | |

1112196.1

1  I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 31, 2011, at Sacramento, California.

_____
Trisha A. Doyle

1112196.1

2

PROOF OF SERVICE